IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| MANUEL PRADO | § | |
| v. | § | CIVIL ACTION NO. 5:14cv130 |
| WARDEN DAWN GROUNDS, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Manuel Prado, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights in the Texas Department of Criminal Justice, Correctional Institutions Division. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Prado names as defendants Warden Dawn Grounds, Officer Kathryn Doebke, and Officer Jasmine Traylor. Warden Grounds filed a motion to dismiss the claims against her and the Magistrate Judge issued a Report recommending this motion be granted. Prado received a copy of this Report but filed no objections thereto; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the district court. Douglass v. United Services Automobile Association, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See* United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243

1

(1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.") It is accordingly

ORDERED the Report of the Magistrate Judge (docket no. 27) is ADOPTED as the opinion of the District Court. It is further

ORDERED the motion to dismiss of the Defendant Warden Dawn Grounds (docket no. 14) is GRANTED and the claims against her are DISMISSED without prejudice. Warden Grounds is hereby terminated as a party to this lawsuit. The dismissal of these claims shall have no effect upon the remaining claims or defendants in this case.

**SIGNED this 24th day of November, 2015.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE